**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marcus Jarrod Payne<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7465<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number: | 21–31735–sgj7 | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marcus Jarrod Payne
aka Prescott & Elliott Films, aka Cinematose Film LLC

3/11/22                **By the court:**  Stacey G. Jernigan
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 21-31735-sgj

Marcus Jarrod Payne     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2
Date Rcvd: Mar 12, 2022     Form ID: 318     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus Jarrod Payne, 1667 W. Campbell Road #5418, Garland, TX 75044-2358 |
| aty | + | Cavazos Hendricks Poirot, P.C., 900 Jackson Street, Suite 570, Dallas, TX 75202-2413 |
| cr | + | Stacy Payne, c/o The Gerger Law Firm PLLC, Alan Gerger, 1770 St. James Place # 105, Houston, Tx 77056-3441 |
| 19517410 | + | Affirm Financial, 650 California Street, San Francisco, CA 94108-2702 |
| 19517406 | + | BBVA/PNC Bank, 500 First Ave., Lockbox 747066, Pittsburgh, PA 15274-7066 |
| 19606182 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 19517405 | + | Stacy Eley (Payne), Attn: Jerry R. McKenney - criminal defen, 4685 Prairie Lane, Grand Prairie, TX 75052-1840 |
| 19567270 | + | Stacy Payne, The Anthony Scott Law Firm, PLLC, 2500 Tanglewilde St., Ste. 274, Houston, Texas 77063-2184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19517409 | + | EDI: RMSC.COM | Mar 12 2022 13:58:00 | Amazon/Synchrony Bank, 170 West Election Road, Ste. 125, Draper, UT 84020-6425 |
| 19517407 | + | EDI: CAPITALONE.COM | Mar 12 2022 13:58:00 | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 19567827 | | EDI: CAPITALONE.COM | Mar 12 2022 13:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19517408 | | EDI: DISCOVER.COM | Mar 12 2022 13:58:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 19563725 | | EDI: DISCOVER.COM | Mar 12 2022 13:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 19517412 | | EDI: JEFFERSONCAP.COM | Mar 12 2022 13:58:00 | Jefferson Capital, 16 McLeland Road, St. Cloud, MN 56303 |
| 19517411 | + | EDI: RMSC.COM | Mar 12 2022 13:58:00 | PayPal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 19605100 | + | EDI: RMSC.COM | Mar 12 2022 13:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0539-3 User: admin Page 2 of 2
Date Rcvd: Mar 12, 2022 Form ID: 318 Total Noticed: 16

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan S. Gerger | on behalf of Creditor Stacy Payne asgerger@gerglaw.com dngbkpfilings@gmail.com |
| Anne Elizabeth Burns | trusteeburns@chfirm.com aburns@iq7technology.com;ecf.alert+Burns@titlexi.com |
| Brendetta Anthony Scott | on behalf of Creditor Stacy Payne brendetta@anthonyscottlaw.com brendettaanthonyscott@gmail.com |
| Brendetta Anthony Scott | on behalf of Plaintiff Stacy Payne brendetta@anthonyscottlaw.com brendettaanthonyscott@gmail.com |
| Lyndel Anne Vargas | on behalf of Trustee Anne Elizabeth Burns LVargas@chfirm.com chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 6